

**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood  CO  80112

The Green Solution Retail Inc
700 17th Street Suite 2200
Denver  CO  80202

Date:
August 21, 2015

Taxpayer Identification Number:
███

Form:
1120S

Tax period(s):
December 31, 2013

Person to contact:
David Hewell

Contact telephone number:
720-956-4103

Contact fax number:
888-765-1496

Employee identification number:
███

Dear The Green Solution Retail Inc:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before August 31, 2015.  You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative*, before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

EXHIBIT 2

**Your rights as a taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by August 31, 2015.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609