**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**Alfred A. Arraj United States Courthouse**
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**
UNITED STATES SENIOR DISTRICT JUDGE

TELEPHONE:  (303) 335-2170
TELECOPIER:  (303)335-2178

# M E M O R A N D U M

**TO:**      Jeffrey P. Colwell, Clerk

**FROM:**    Judge Wiley Y. Daniel

**DATE:**    June 29, 2016

**RE:**      Civil Action No. **16-mc-00137-WYD**
             **THE GREEN SOLUTION RETAIL, INC., et al v. USA, through its**
             **agency, the INTERNAL REVENUE SERVICE**

    Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.