AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

The Green Solution Retail, Inc.; Green Solution, LLC; Infuzionz, LLC; Green Earth Wellness, Inc.

*Plaintiff(s)*

v.

United States of America, through its agency the Internal Revenue Service

*Defendant(s)*

Civil Action No. 16-MC-00137

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
United States of America
U.S. Attorney John F. Walsh for the District of Colorado
1225 17th Street
Suite 700
Denver, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James D. Thorburn
Richard A. Walker
Thorburn Walker, LLC
5460 South Quebec St., Suite 330
Greenwood Village, CO 80111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*