# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.

**THE GREEN SOLUTION RETAIL,
INC., a Colorado Corporation;**

**GREEN SOLUTION, LLC, a Colorado
Limited Liability Company;**

**INFUZIONZ, LLC, a Colorado Limited
Liability Company;**

**GREEN EARTH WELLNESS, INC.,
a dissolved Colorado Corporation;**

Plaintiffs,

v.

**UNITED STATES OF AMERICA,
through its agency the INTERNAL
REVENUE SERVICE**

Defendants.

---

## AFFIDAVIT OF SERVICE

---

The undersigned after being placed upon oath or affirmation, and under penalty or purgery, states as follows:

As shown by the attached receipt, pursuant to Fed.R.Civ.P. Rule 4, I served the following persons via certified mail, return receipt requested on July 14, 2016.

Attorney General Loretta Lynch
U.S. Department of Justice
Attn: Civil Process Clerk
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
Article #9502 8000 2520 6196 0003 62

As shown by the attached tracking information, pursuant to Fed.R.Civ.P. Rule 4, I served the following persons via certified mail, return receipt requested on July 15, 2016 (tracking number 70070220000049357435). The USPS tracking information shows that the package was delivered. However, it does not show any indication that a return receipt was signed. Using an abundance of caution, I again served the following persons via certified mail, return receipt requested on August 10, 2016, pursuant to Fed.R.Civ.P. Rule 4 (receipt attached):

Attorney General John Walsh
U.S. Attorney General
Attn: Civil Process Clerk
1225 17th Street, Suite 700
Denver, Colorado 80202
Article# 9514 8000 2520 6223 0001 48

As shown by the attached receipt, pursuant to 26 U.S.C. §7609, I served the following persons via certified mail, return receipt requested on June 27, 2016.

Colorado Department of Revenue
Marijuana Enforcement Division
455 Sherman Street, Suite 490
Denver, Colorado 80203
Article# 9514 8000 2520 6179 0004 90

David Hewell
IRS-MS-4161 DH
56 Inverness Drive East
Englewood, Colorado 80112
Article# 9514 8000 2520 6179 0005 06

Further affiant sayeth naught

Dated this 10th day of August, 2016.

By: _____

James D. Thorburn, Esq.

STATE OF COLORADO       )
                        ) ss.
COUNTY OF ARAPAHOE  )

SUBSCRIBED AND SWORN before me this 10th day of August, 2016 by James D. Thorburn.

Witness my hand and official seal.

My Commission Expires:   10/30/18   Tami Marie Vicars

> TAMI MARIE VICARS
> Notary Public
> State of Colorado
> Notary ID 20144042067
> My Commission Expires Oct 30, 2018

3