```
August 13.
  Certified Mail™                    $3.30
  Return Receipt (email)             $1.35
                                  ========
                                     $5.12
Issue Postage:
                                     $1.57
DENVER, CO  80202-5598
Zone-1
First-Class Mail® Large Envelope
  %% USPS Certified Mail™:
  9514 8000 2520 6223 0001 48
  0 lb. 3.80 oz.
  * Expected Delivery Day Friday,
August 12.                           $3.30
  Certified Mail™                    $1.35
  Return Receipt (email)          ========
                                     $6.22
Issue Postage:
                                     $1.15
DENVER  CO  80203
Zone-1
First-Class Mail® Large Envelope
```

```
           ENGLEWOOD GREENWOOD
             6855 S DAYTON ST
           ENGLEWOOD, CO 80112-9998

07/14/2016                    05:53:37 PM
==========================================

               Sales Receipt
Product         Sale    Unit      Final
Description     Qty     Price     Price


WASHINGTON, DC  20530               $14.10
Zone-7
Priority Mail 2-Day™ with up to
$50.00 Insurance and USPS
Tracking™ included
  %% USPS Certified Mail™:
  9502 8000 2520 6196 0003 62
  2 lb. 1.00 oz.
  * Expected Delivery Day Saturday,
July 16.
  Certified Mail™                    $3.30
  Return Receipt (email)             $1.35
                                  ========
Issue Postage:                      $18.75
```

```
           ENGLEWOOD GREENWOOD
             6855 S DAYTON ST
           ENGLEWOOD, CO 80112-9998

06/27/2016                    08:26:00 PM
==========================================

               Sales Receipt
Product         Sale    Unit      Final
Description     Qty     Price     Price


DENVER, CO  80203-4405               $1.99
Zone-1
First-Class Mail® Large Envelope
  %% USPS Certified Mail™:
  9514 8000 2520 6179 0004 90
  0 lb. 5.50 oz.
  * Expected Delivery Day Thursday,
June 30.
  Certified Mail™                    $3.30
  Return Receipt (email)             $1.35
                                  ========
Issue Postage:                       $6.64

ENGLEWOOD, CO  80112-5129            $1.99
Zone-1
First-Class Mail® Large Envelope
  %% USPS Certified Mail™:
  9514 8000 2520 6179 0005 06
  0 lb. 5.50 oz.
  * Expected Delivery Day Thursday,
June 30.
  Certified Mail™                    $3.30
  Return Receipt (email)             $1.35
                                  ========
Issue Postage:                       $6.64

Total:                            ========
                                    $13.28

Paid by:
VISA                                $13.28
  Account #:       XXXXXXXXXXXX8475
  Approval #:      012722
  Transaction #:   667
  23-902030543-99

SSK Transaction #:        70
USPS® #                   072882-9550

******************************************
* For Return Receipt (by email),         *
* visit USPS.com, Track & Manage to      *
* track your item. Under Available       *
* Actions select "Return Receipt         *
* Electronic"; enter your name and       *
* email address.                         *
******************************************

%% Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811,
or use this self-service kiosk (or any
self-service kiosk at other Postal
locations).

              Thanks.
      It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE
REFUNDS FOR GUARANTEED SERVICE ONLY
```