IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00137-PAB

THE GREEN SOLUTION RETAIL, INC., a
Colorado Corporation;
GREEN SOLUTION, LLC, a Colorado Limited
Liability Company;
INFUZIONZ, LLC, a Colorado Limited Liability
Company; and
GREEN EARTH WELLNESS, INC., a dissolved
Colorado Corporation,

        Petitioners,

        v.

UNITED STATES OF AMERICA,

        Respondent.

---

**DECLARATION OF REVENUE AGENT DAVID HEWELL IN SUPPORT OF
UNITED STATES' MOTION TO DISMISS AND ENFORCE SUMMONSES**

---

I, David J. Hewell, pursuant to 28 U.S.C. § 1746(2), declare as follows:

    1.      I am employed as a Revenue Agent of the Internal Revenue Service with a post of

duty in Englewood, Colorado.

    2.      I am authorized to issue IRS summonses under Section 7602 of the Internal

Revenue Code of 1986 (Title 26 U.S.C.), Treasury Regulations, Section 301.7602-1, (26 C.F.R.)

Subsections 301.7602-1 and 301.7603-1(b), and IRS Delegation Order No. 25-1.

    3.      As a Revenue Agent, my duties include the examination of federal income tax

returns and other information, excise, or specialty returns that have been filed or should have

been filed by individual and business taxpayers, including corporations, partnerships, and

fiduciaries, in order to assist the IRS in determining the taxpayer's correct tax liability. In cases

1

where the required returns are not filed, I also assist the IRS in investigating whether such returns should have been filed and determining the taxpayer's correct tax liability.

*Background of the Examinations*

4.      In my capacity as a Revenue Agent, I was assigned to conduct an examination of the federal tax liabilities of The Green Solution Retail, Inc., Green Solution, LLC, Infuzionz, LLC, and Green Earth Wellness, Inc. (collectively, the "Green Solution Entities") for the taxable periods ended December 31, 2013 and December 31, 2014.

5.      On August 21, 2015, I mailed a letter to The Green Solution Retail, Inc. inquiring into its federal tax obligations for the 2013 tax year. A true and correct copy of this letter is attached as Exhibit 1. Enclosed with the letter was Publication 1 ("Your Rights as a Taxpayer") and Notice 609 (Privacy Act Notice). I later told the taxpayers that the audit was expanded into the 2014 year.

6.      On October 19, 2015, I mailed letters to Green Solution, LLC and Infuzionz, LLC inquiring into their federal tax obligations for the 2013 and 2014 tax years. True and correct copies of these letters are attached as Exhibits 2 and 3, respectively. Enclosed with the letter was Publication 1 ("Your Rights as a Taxpayer") and Notice 609 (Privacy Act Notice). Though the letters indicate that the 2013 and 2015 tax years are under audit, this was a typographical error. The correct years are 2013 and 2014, which I have explained to the taxpayers.

7.      On February 5, 2016, I mailed a letter to Green Earth Wellness, Inc. inquiring into its federal tax obligations for the 2013 and 2014 tax years. A true and correct copy of this letter is attached as Exhibit 4. Enclosed with the letter was Publication 1 ("Your Rights as a Taxpayer") and Notice 609 (Privacy Act Notice).

8.      On information and belief, the Green Solution Entities are related businesses owned and operated by one or more of the following individuals: Nicholas Speidell, Kyle Speidell, and Eric Speidell.

9.      Based on websites that appear to be associated with the Green Solution Entities, the entities are engaged in the retail sale of marijuana and marijuana-related products in Colorado.

10.     For instance, the website "https://www.tgscolorado.com/" bills the Green Solution as "Colorado's #1 Marijuana Dispensary" and boasts 11 retail locations where marijuana and other marijuana-related products are sold in Colorado.

11.     Similarly, the website "http://www.infuzionzcolorado.com/" describes Infuzionz as "an award-winning marijuana infused products manufacturer located in Denver, CO."

12.     During the course of the examination, the IRS sent information document requests to the Green Solution Entities. To date, they have provided only a partial response to the requests.

13.     To date, the Green Solution Entities have not provided enough information to substantiate the figures shown on their tax returns.

14.     The Green Solution Entities have provided only minimal, incomplete bank statements and redacted copies of their accounting records. The Green Solution Entities have refused to provide product or sales information, or allow a tour of their growing facilities. Without this information, I have no way of verifying the accounting records, reconstructing income, or substantiating the tax returns at issue in the audit.

15.     The production made by the Green Solution Entities did not include records reported to the State of Colorado's Marijuana Enforcement Division ("MED"). Specifically, the

Green Solution Entities refused to produce information from the state's Marijuana Enforcement Tracking Reporting and Compliance ("METRC") system.

16.     Information from the METRC system is particularly valuable during an audit, because it helps establish whether a marijuana business properly reported its gross receipts and allowed deductions for cost of goods sold.

17.     I am seeking the summoned information from MED to verify the Green Solution Entities' internal books and records and determine whether it substantiates (or undermines) the information reported on their tax returns.

18.     Without the cooperation of the Green Solution Entities to assess internal controls and business operations, I have been unable to determine the degree of care taken by these businesses to ensure the accuracy of their books and records. As noted above, the Green Solution Entities have refused to provide substantial information. They also operate in a cash-oriented business. Therefore, at this time I believe that these businesses may lack sufficient measures to ensure the accuracy of their internal financial information. This is another reason that I have determined that I need to seek third party information about the Green Solution Entities to conduct an accurate audit.

*Summonses to MED*

19.     On June 7, 2016, in furtherance of the examination of the Green Solution Entities and in accordance with 26 U.S.C. § 7602, I issued four administrative summonses, IRS Form 2039, to MED to appear on July 5, 2016, before the IRS to produce for examination books, records, papers, and other data as described in the IRS summonses, including Annual Gross Sales Reports, Annual Inventory Reports, and year-end inventory totals for each of the Green

Solution Entities. Alternate instructions for production by fax were also provided. True and correct copies of the original summonses are attached as Exhibit 5.

20.     On June 7, 2016, I served the IRS summonses described in paragraph 19 on MED, which I accomplished by certified mail. True and correct copies of the certificates of service with respect to the summonses are attached as Exhibit 6.

21.     On the same day that I served the summonses on MED, I provided notice of the summonses to the Green Solution Entities via certified mail on their address and on their power of attorney. *See*, Exhibit 6. The notice to each entity included a copy of the applicable summons and explained its right to bring a proceeding to quash the summons.

22.     As of the date of this declaration, MED has not produced the books, papers, records, and other data sought by the IRS summons.

23.     The IRS does not already possess the books, papers, records, and other data sought by the summonses issued to MED.

24.     The information requested in the summonses to MED may be relevant to determine the correctness of the Green Solution Entities' federal tax returns and their correct federal tax liabilities.

25.     In issuing and serving the summonses on MED, I complied with the administrative steps required by the Internal Revenue Code.

26.     No Department of Justice referral, as defined by 26 U.S.C. § 7602(d), is in effect with respect to any of the Green Solution Entities for the tax periods under examination.

//

//

//

27.     No Department of Justice referral, as defined by 26 U.S.C. § 7602(d), is in effect with respect to any of Nicholas Speidell, Kyle Speidell, and Eric Speidell for the tax periods under examination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2016.

*/s/ David J. Hewell*[1]

DAVID J. HEWELL
Revenue Agent
Internal Revenue Service

---

[1] Provided in accordance with D. Colo. ECF Procedures Rule 4.3(f).

# Hewell Declaration
# Exhibit 1



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood  CO  80112

**Date:**
August 21, 2015
**Taxpayer Identification Number:**

**Form:**
1120S
**Tax period(s):**
December 31, 2013

**Person to contact:**
David Hewell
**Contact telephone number:**
720-956-4103
**Contact fax number:**
888-765-1496
**Employee identification number:**
08-98924

The Green Solution Retail Inc
700 17th Street Suite 2200
Denver   CO  80202

Dear  The Green Solution Retail Inc:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before August 31, 2015.  You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**
We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by August 31, 2015.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

Letter 2205 (Rev. 8-2012)
Catalog Number 63744P

Hewell Declaration
Exhibit 2

 **Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood CO 80112

**Date:**
October 19, 2015
**Taxpayer Identification Number:**

**Form:**
1120S
**Tax period(s):**
December 31, 2013
June 30, 2015
**Person to contact:**
David Hewell
**Contact telephone number:**
720-956-4103
**Contact fax number:**
888-765-1496
**Employee identification number:**
08-98924

Green Solution LLC
c/o Eric Speidell
700 17th St Suite 2200
Denver CO 80202

Dear Green Solution LLC:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before October 29, 2015.  You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**
We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by October 29, 2015.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1✓
Notice 609 ✓

 **Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood  CO  80112

Green Solution LLC
c/o Eric Speidell
700 17th St Suite 2200
Denver CO  80202

**Date:**
  October 19, 2015
**Taxpayer Identification Number:**

**Form:**
  1120S
**Tax period(s):**
  June 30, 2014

**Person to contact:**
  David Hewell
**Contact telephone number:**
  720-956-4103
**Contact fax number:**
  888-765-1496
**Employee identification number:**
  08-98924

Dear  Green Solution LLC:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
 Please call me on or before October 29, 2015.  You may contact me from 8:00 - 4:30 at the
telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of
documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll
also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want
representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and
Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment.
You can mail or fax the form to me or have your representative provide it at the first appointment, if you
won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling
(800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose
not to attend with your representative, you must provide completed Form(s) 2848. You should provide a
separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by October 29, 2015.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

Letter 2205 (Rev. 8-2012)
Catalog Number 63744P

# Hewell Declaration
# Exhibit 3



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood CO 80112

**Date:**
    October 19, 2015
**Taxpayer Identification Number:**

**Form:**
    1065
**Tax period(s):**
    December 31, 2013
    June 30, 2015
**Person to contact:**
    David Hewell
**Contact telephone number:**
    720-956-4103
**Contact fax number:**
    888-765-1496
**Employee identification number:**
    08-98924

Infuzionz LLC
c/o Eric Speidell
700 17th St Suite 2200
Denver CO 80202

Dear Infuzionz LLC:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before October 29, 2015. You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**
We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by October 29, 2015.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

Letter 2205 (Rev. 8-2012)
Catalog Number 63744P

 **Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood  CO  80112

**Date:**
October 19, 2015
**Taxpayer Identification Number:**

**Form:**
1065
**Tax period(s):**
June 30, 2014

**Person to contact:**
David Hewell
**Contact telephone number:**
720-956-4103
**Contact fax number:**
888-765-1496
**Employee identification number:**
08-98924

Infuzionz LLC
c/o Eric Speidell
700 17th St Suite 2200
Denver  CO  80202

Dear  Infuzionz LLC:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before October 29, 2015.  You may contact me from 8:00 - 4:30 at the
telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of
documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll
also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want
representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and
Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment.
You can mail or fax the form to me or have your representative provide it at the first appointment, if you
won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling
(800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose
not to attend with your representative, you must provide completed Form(s) 2848. You should provide a
separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**
We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by October 29, 2015.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

# Hewell Declaration
# Exhibit 4



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood CO 80112

| | |
|---|---|
| **Date:** | February 5, 2016 |
| **Taxpayer Identification Number:** | |
| **Form:** | 1065 |
| **Tax period(s):** | June 30, 2014 |
| | December 31,2013 |
| **Person to contact:** | David Hewell |
| **Contact telephone number:** | 720-956-4103 |
| **Contact fax number:** | 888-765-1496 |
| **Employee identification number:** | 08-98924 |

Green Earth Wellness, Inc
c/o Eric Speidell
700 17th St Suite 2200
Denver CO 80202

Dear Green Earth Wellness, Inc:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before February 19, 2016. You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by February 19, 2016.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609
F4564

Letter 2205 (Rev. 8-2012)
Catalog Number 63744P

# Hewell Declaration
# Exhibit 5



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| June 7, 2016 | 8:15 am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Marijuana Enforcement Division

   Attn: Julie Postlethwait, Communication Specialist, 455 Sherman St Ste 490, Denver, CO 80203

| Signature | Title |
|---|---|
| | Revenue Agent    08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: June 7, 2016        Time: 8:15 am

Name of Noticee: Green Earth Wellness

Address of Noticee (if mailed): 700 17th St. Suite 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| | Revenue Agent    08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | Revenue Agent    08-98924 |

Form 2039 (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| June 7, 2016 | 8:15 am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Marijuana Enforcement Division
Attn: Julie Postlethwait, Communication Specialist, 455 Sherman St Ste 490, Denver, CO 80203

| Signature | Title |
|-----------|-------|
|  | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: June 7, 2016          Time: 8:15 am

Name of Noticee: Infuzionz LLC

Address of Noticee (if mailed): 700 17th St. Suite 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
|  | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
|  | Revenue Agent   08-98924 |

Form 2039 (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| June 7, 2016 | 8:15 am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Marijuana Enforcement Division
   Attn: Julie Postlethwait, Communication Specialist, 455 Sherman St Ste 490, Devner, CO 80203

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: June 7, 2016          Time: 8:15 am

Name of Noticee: Green Solution LLC

Address of Noticee (if mailed): 700 17th St. Suite 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

Form **2039** (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| June 7, 2016 | 8:15 am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Marijuana Enforcement Division

Attn: Julie Postlethwait, Communication Specialist, 455 Sherman St Ste 490, Denver, CO 80203

| Signature | Title |
|-----------|-------|
| *(signature)* | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: June 7, 2016          Time: 8:15 am

Name of Noticee: The Green Solution Retail

Address of Noticee (if mailed): 700 17th St. Suite 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| *(signature)* | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

Form **2039** (Rev. 10-2010)

# Hewell Declaration
# Exhibit 6



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| June 7, 2016 | 8:15 am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Marijuana Enforcement Division

   Attn: Julie Postlethwait, Communication Specialist, 455 Sherman St Ste 490, Denver, CO 80203

| Signature | Title |
|---|---|
| | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: June 7, 2016      Time: 8:15 am

Name of Noticee: Green Earth Wellness

Address of Noticee (if mailed): 700 17th St. Suite 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | Revenue Agent   08-98924 |

Form 2039 (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| June 7, 2016 | 8:15 am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Marijuana Enforcement Division
Attn: Julie Postlethwait, Communication Specialist, 455 Sherman St Ste 490, Denver, CO 80203

| Signature | Title |
|---|---|
| | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: June 7, 2016     Time: 8:15 am

Name of Noticee: Infuzionz LLC

Address of Noticee (if mailed): 700 17th St. Suite 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | Revenue Agent   08-98924 |

Form 2039 (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| June 7, 2016 | 8:15 am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:  Marijuana Enforcement Division

Attn: Julie Postlethwait, Communication Specialist, 455 Sherman St Ste 490, Denver, CO 80203

| Signature | Title |
|---|---|
|  | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: June 7, 2016        Time: 8:15 am

Name of Noticee: Green Solution LLC

Address of Noticee (if mailed): 700 17th St. Suite 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
|  | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  | Revenue Agent   08-98924 |

Form **2039** (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| June 7, 2016 | 8:15 am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Marijuana Enforcement Division

Attn: Julie Postlethwait, Communication Specialist, 455 Sherman St Ste 490, Denver, CO 80203

| Signature | Title |
|-----------|-------|
| *[signature]* | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: June 7, 2016          Time: 8:15 am

Name of Noticee: The Green Solution Retail

Address of Noticee (if mailed): 700 17th St. Suite 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| *[signature]* | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

Form **2039** (Rev. 10-2010)