IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00137-PAB

THE GREEN SOLUTION RETAIL, INC., a
Colorado Corporation;
GREEN SOLUTION, LLC, a Colorado Limited
Liability Company;
INFUZIONZ, LLC, a Colorado Limited Liability
Company; and
GREEN EARTH WELLNESS, INC., a dissolved
Colorado Corporation,

      Petitioners,

      v.

UNITED STATES OF AMERICA,

      Respondent.

_____

**PETITIONERS' UNOPPPOSED FIRST MOTION FOR EXTENSION OF TIME TO RESPOND/REPLY TO UNITED STATES' MOTION TO DISMISS AND ENFORCE SUMMONSES**
_____

**STATEMENT CONCERNING DUTY TO CONFER**

     Pursuant to D.C. COLO. LCivR 7.1(a), counsel for Respondent has been contacted and has stated it Respondent does not oppose the relief requested herein this motion.

     1.    Pursuant to D.C. COLO. LCivR 6.1, Petitioners request an enlargement of time to respond to Respondent's Motion to Dismiss and Enforce Summonses, ("Respondent's pleading") filed September 15, 2016.

2. The Respondent's pleading is both a Motion to Dismiss pursuant to F.R.C.P. 12(b) (1) and (6), and a Motion to Enforce Summonses pursuant to 26 U.S.C. §§ 7604 (a) and 7609 (b) (2) (A).

3. Under D.C. COLO. LCivR 7.1(d) a responding party shall have 21 days after service to respond to a motion involving a contested issue of law, while the moving party may file a reply 14 days after the service of a response.

4. Because the Respondent's pleading combines both a response and a motion, Petitioners request an enlargement of time up to and including October 10, 2016 to file all appropriate responses to the Respondent's pleading.

5. Petitioners reserve all objections to the Respondent's pleading.

6. No previous extensions of time have been requested in this matter.

**WHEREFORE**, Petitioner request an enlargement of time to respond to Respondent's Motion to Dismiss and Enforce Summonses, through and including Oct 10, 2016.

**DATED**: September 29, 2016

*s/ James D. Thorburn*
James D. Thorburn,
Attorney for the Petitioners
THORBURN WALKER, LLC
5460 South Quebec Street, Suite 330
Greenwood Village, Colorado 80111
(303) 646-3482
jdt@thorburnlaw.com

*s/ Richard A. Walker*
Richard A. Walker
Attorney for Petitioners
THORBURN WALKER, LLC
5460 South Quebec Street, Suite 330
Greenwood Village, Colorado 80111
(303) 646-3482
rwalker@thorburnwalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2016, I electronically filed the above and foregoing using the CM/ECF system which will send notification to such filing to the following e-mail addresses:

LINDSAY L.CLAYTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

and to:

THE GREEN SOLUTION RETAIL, INC., a Colorado Corporation;
GREEN SOLUTION, LLC, a Colorado Limited Liability Company;
INFUZIONZ, LLC, a Colorado Limited Liability Company; and
GREEN EARTH WELLNESS, INC., a dissolved Colorado Corporation,

via electronic mail to addresses below:

eric@tgscolorado.com
kyle@tgscolorado.com

           */s/ James D. Thorburn*