IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00137-PAB

THE GREEN SOLUTION RETAIL, INC., a Colorado Corporation;
GREEN SOLUTION, LLC, a Colorado Limited Liability Company;
INFUZIONZ, LLC, a Colorado Limited Liability Company; and
GREEN EARTH WELLNESS, INC., a dissolved Colorado Corporation,

    Petitioners,

    v.

UNITED STATES OF AMERICA,

    Respondent.

## NOTICE OF RELATED CASES

The United States, by and through undersigned counsel and in accordance with D.C.COLO.LCivR 3.2, hereby provides notice of related actions pending in the United States District Court for the District of Colorado. The captions for the related cases are:

1. *The Green Solution Retail, Inc. et al. v. United States*, Case No. 1:16-mc-00137-PAB

2. *Green Solution, LLC et al. v. United States*, Case No 1:16-mc-00167-PAB

3. *Nutritional Elements, Inc. v. United States*, Case No. 1:16-mc-00188-CMA

The following case is also potentially related:

4. *Speidell v. United States*, Case No. 1:16-mc-00162-RBJ

Notice is appropriate because these actions appear to have common facts and claims and have at least one party in common. Duplication of labor might result if the actions are heard by different District or Magistrate Judges.

Specifically, all four listed cases began as petitions to quash IRS summonses issued in connection with audits of marijuana businesses in Colorado. The United States is a common party in each of the listed actions. The first two cases involve businesses that are all part of the same business group owned and/or operated by Mr. Speidell, the Petitioner in the fourth case, along with other business partners. The third listed case involves a different group of entities. Nonetheless, the first three listed cases were filed by the same attorneys, and the petitions are nearly identical. Therefore, while there is some variation in the factual details underlying each of the first three cases, they all involve IRS summonses connected to audits of marijuana businesses and all appear to involve the same legal issues.

The fourth case has been listed as only "potentially related" because it differs from the first three cases in two important ways. First, though the petition in the fourth case raises some of the same issues as the other petitions, it also contains some unique arguments concerning whether or not the IRS was in fact auditing that Petitioner. Second, as set forth in the United States' response to that petition, there is a unique jurisdictional issue present in the fourth case alone. Therefore, it is unclear whether the fourth case is sufficiently similar to qualify as a "related case" under local rules.

//

As set forth above, the four listed cases either are or may be "related cases." Accordingly, Notice is appropriate under D.C.COLO.LCivR 3.2.

Dated:  October 5, 2016		Respectfully submitted,

CAROLINE D. CIRAOLO

Principal Deputy Assistant Attorney General

*/s/ Lindsay L. Clayton*
LINDSAY L. CLAYTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-2956 (v)
202-307-0054 (f)
Lindsay.L.Clayton@usdoj.gov

Of Counsel:
BOB TROYER
Acting United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    James D. Thorburn (jdt@thorburnlaw.com)
    Richard A. Walker (rwalker@thorburnlaw.com)
    *Counsel for Petitioners*

                                        */s/ Lindsay L. Clayton*
                                        LINDSAY L. CLAYTON
                                        Trial Attorney, Tax Division
                                        United States Department of Justice