IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00137-PAB

THE GREEN SOLUTION RETAIL, INC., a
Colorado Corporation;
GREEN SOLUTION, LLC, a Colorado Limited
Liability Company;
INFUZIONZ, LLC, a Colorado Limited Liability
Company; and
GREEN EARTH WELLNESS, INC., a dissolved
Colorado Corporation,

        Petitioners,

        v.

UNITED STATES OF AMERICA,

        Respondent.

---

**PETITIONERS' UNOPPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND/REPLY TO UNITED STATES' MOTION TO DISMISS AND ENFORCE SUMMONSES**

---

Petitioners, by their below-signed counsel, pursuant to F.R.C.P. 6 hereby move this Honorable Court for an extension of time to file their response to Respondent's Motion to Dismiss and Enforce Summonses.

## STATEMENT CONCERNING DUTY TO CONFER

Pursuant to **D.C. COLO. LCivR 7.1(a),** counsel for Respondent has been contacted and has stated it Respondent does not oppose the relief requested herein this motion.

1. Currently, Petitioners' response/ reply to Respondent's Motion to Dismiss and Enforce Summonses is scheduled to be due October 10, 2016, which is a Court holiday. In order to clarify under F.R.C.P.6 as to whether the due date of Oct 10, 2016 automatically rolls over to the next day the Court is open on October 11,2016 Petitioners request leave of Court to extend the deadline to the next day the Court is open, on Tuesday, Oct. 11, 2016.

2. Respondent has been contacted and has stated that it has no objection to Plaintiff filing its response/reply on Tuesday Oct 11, 2016.

3. This is the second motion for extension of time requested.

**WHEREFORE**, Petitioner request an enlargement of time to respond/reply to Respondent's Motion to Dismiss and Enforce Summonses, through and including Oct 11, 2016.

**DATED**: October 9, 2016

_s/ James D. Thorburn_
James D. Thorburn,
Attorney for the Petitioners
THORBURN WALKER, LLC
5460 South Quebec Street, Suite 330
Greenwood Village, Colorado 80111
(303) 646-3482

2

jdt@thorburnlaw.com

s/ Richard A. Walker
Richard A. Walker
Attorney for Petitioners
THORBURN WALKER, LLC
5460 South Quebec Street, Suite 330
Greenwood Village, Colorado 80111
(303) 646-3482
rwalker@thorburnwalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9[h] day of October, 2016 I electronically filed the above and foregoing using the CM/ECF system which will send notification to such filing to the following e-mail addresses:

LINDSAY L. CLAYTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
and to:

THE GREEN SOLUTION RETAIL, INC., a Colorado Corporation;
GREEN SOLUTION, LLC, a Colorado Limited Liability Company;
INFUZIONZ, LLC, a Colorado Limited Liability Company; and
GREEN EARTH WELLNESS, INC., a dissolved Colorado Corporation

eric@tgsocolorado.com

kyle@tgsocolorado.com

/s/ James D. Thorburn

3