| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0002 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>The Green Solution Retail Inc | Subject<br>Documents RequiredAdditional Information Required |   |
|---|---|---|
|   | SAIN number | Submitted to:<br>The Green Solution Retail Inc |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201312

**Second Request** for the items listed below. I understand 2013 might be the initial year for the 1120S. If prior years don't exist, then nothing can be provided:

1. Operating agreement and any amendments to date.
2. Copy of form 1120S for tax years ending 2011, 2012, and 2013
3. Copies of all Member's U.S. Individual Income tax returns (form 1040) for tax years ending December 31, 2013
4. A copy of all K-1's issued in 2011, 2012, and 2013
5. Reconciliation of all member's inside and outside basis
6. General Ledger and subsidiary ledgers
7. Chart of Accounts
8. Sales Journal, Cash Receipts and Disbursements Journals, i.e. Check Register
9. Detailed explanation of how Gross Receipts is calculated
10. Information on any non-taxable income
11. Bank Reconciliations and Statements for the end of the year
12. Copies of all Banking statements (if any) for 01/01/2013 through 12/31/2013
13. Accountant's work papers regarding:
    i. Year-end worksheet reconciling books to return, including working trial balance
    ii. Year-end Adjusting Journal Entries and Closing Entries
14. Copies of financial statements prepared for you, if any
15. Employment Tax Returns etc., form 940's, 941, W-2's and W-3's and other information returns such as form 1099's for tax year 2013

**First Request** for answers to the following interview questions which could not be answered at the initial interview:

-See attached-

This is not an extensive list as more items could be requested as the audit goes on. Please contact me with any questions. Thank you for your cooperation.

| Information due by  10/19/2015 | At next appointment  [X] | Mail in [ ] |
|---|---|---|

| From: | Name and Title of Requester<br>David Hewell, Revenue Agent | Employee ID number<br>08-98924 | Date (mmddyyyy)<br>09/30/2015 |
|---|---|---|---|
|   | Office Location:    56 Inverness Dr East<br>MS 4161 DH<br>Englewood, CO 80112 |   | Phone: 720-956-4103Phone:<br>Fax: 888-765-1496Fax: |

| Catalog Number 23145K | www.irs.gov | Part 1 - Taxpayer's File Copy | Form **4564** (Rev. 9-2006) |
|---|---|---|---|

**EXHIBIT 4**

**General Items**

Business Location(s): Please provide the business location sales and expenses that are included in the tax return

What records are furnished to the preparer?

Who prepared Employment Tax Returns?

Non-Taxable Income and Sources (Loans, gifts, capital contributions, etc.):

Investments:

Passive Income:

Bartering Income:

Foreign Activities:

Business Activity and History: Provide a description of the business activity, services offered, inventory for sale, how it was started, etc.

Business Activity Prior Forming the 1120S if any:

History of Name Changes:

Distribution History: How often? How is it determined? How much?

Relationship of the Shareholders:

Shareholder's duties in the business:

How is shareholder compensation determined?

**Business Items**

Where do you bank? How many accounts do you have? Do they have specific purposes such as operating, payroll, etc.?

How is cash handled? Where is it kept? Who has access to it? How often is it physically reconciled to the books? What is the beginning balance and ending balance for the year? Etc.

Who is responsible for Deposits? At what intervals? What percentage of receipts are deposited? What happens to deposited funds? Are there any safe deposit boxes? What is there purpose?

Please provide a description of the internal controls in place for accounting such as any POS system used, accounting software, separation of duties, signature authority, approval processes, etc.

Are there financial statements prepared for anyone or audited by anyone?

Are there any business owned/leased vehicles? Who uses them? Mileage logs?

Are there any reimbursement policies in place for personal use? Types of records maintained?

How and when is income reported?

Types of records maintained? (electronic, paper, receipts, scanned items, software used, etc.)

How and when are expenditures recorded? Who pays them? Are any paid in cash? What type of expenses are paid in cash? Are receipts provided for cash payments? How are these handled?

What inventory method is used? How often is inventory counted?

Any major purchases for assets or sales during the 2013 year? If so, what were they for? Where were they purchased? Can invoices be provided? Etc.

Any other extraordinary happenings in the year?

**Marijuana Specific Questions**

Did you grow more marijuana than you sold to customers in the year at issue?

If yes, who did you sell the excess inventory to and at what price did you sell it?

If not, from whom did you obtain the excess marijuana and what price did you pay for it?

Where did you grow marijuana?

Is this the same place you currently grow?

Describe any changes in the grow space from then until now.

If you now grow in different location, what is address of your former grow operation? Please describe in detail the layout of that operation.

Describe any changes in the grow operation during the year at issue, i.e.., expansion or contraction of the number of plants at any point during the year.

Describe any problems such as mold or mites that your grow operation experienced. If there were problems, how many plants were affected and what was the extent of the damage? How did you mitigate the problem at that time? Have these problems occurred since?

What have you done to eliminate this problem from occurring again?

How many plants were in the room of the grow operation where harvesting would occur at any given time of year at issue?

Is this similar to the amount of plants in this stage in current year? If not, why?

How many harvests were conducted in the year at issue? Is this similar to your current schedule? If not, why?

How many ounces of marijuana were collected from each plant at harvest during the year? Is this similar to your current yield per plant? If not, why?

What was the average amount of marijuana sold, per transaction, in the year at issue?

What was the price, or price range, for that amount? How have the amounts and prices changed since the year at issue?

How long have you or the individual operating your grow operation been involved in commercial growing of marijuana

Who was in charge of the grow operation? Are they still employed by you? If not, what is the most recent address and phone number you have on file for them?

List all employees for the year at issue, provide their title and dates of employment, and allocate their time between the grow operation and the retail operation.

List all executives or managers of the operation during the year at issue and allocate their time between the grow operation and the retail operation.

List and describe the equipment you purchased and used in the grow operation, including but not limited to the type of lights, irrigation systems ventilation equipment, and hydroponic systems used. Provide receipts for your purchases.

Provide all utilities records for year under exam.

Describe each and every activity of your business during the year at issue. Has your business changed since then? If so, how?

What goods were sold in addition to marijuana during the year? What kinds of services were performed and how much revenue was generated by the sale of these services? What kinds of fees (flat, hourly, etc) were charged for these services?

Are these unrelated goods or services still provided? If not, why not? If so, describe any changes in the types or amounts of other goods or services sold since the year at issue.

Did you have a method for allocating expenses to the different activities? If so, describe that method.

Which expenses did you consider necessary for the separate activity?

How much time was spent on each activity and how was that time tracked during the year at issue?

Are there parts of your facility dedicated to this other activity? If so, please describe how the space was divided.

What did you do to make sure you did not deduct expenses that were not allowable under 280E?