IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00137-PAB

THE GREEN SOLUTION RETAIL, INC., a
Colorado Corporation;
GREEN SOLUTION, LLC, a Colorado Limited
Liability Company;
INFUZIONZ, LLC, a Colorado Limited Liability
Company; and
GREEN EARTH WELLNESS, INC., a dissolved
Colorado Corporation,

    Petitioners,

    v.

UNITED STATES OF AMERICA,

    Respondent.

---

**NOTICE OF DOCUMENT CORRECTION AND SUBSTITUTION**

---

   The United States, by and through undersigned counsel, submits herewith a corrected

version of Exhibit 5 to the Declaration of Revenue Agent Hewell. [Dkt. # 8-1]. In reviewing the

version that was filed, Counsel for the United States identified an error: Exhibit 6 was attached

as both Exhibit 5 and Exhibit 6. As a result, the correct Exhibit 5 was inadvertently omitted.

Accordingly, the corrected version of Exhibit 5 is submitted herewith, and should replace pages

23-27 of Docket Number 8-1.

   //

WHEREFORE, the United States respectfully requests that the Court accept the attached Exhibit 5 as the correct exhibit that should appear in place of pages 23-27 of the attachments to Revenue Agent Hewell's Declaration, previously submitted to this Court [Dkt. # 8-1].

Dated:  October 24, 2016

Respectfully submitted,

CAROLINE D. CIRAOLO

Principal Deputy Assistant Attorney General

*/s/ Lindsay L. Clayton* ___
LINDSAY L. CLAYTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-2956 (v)
202-307-0054 (f)
Lindsay.L.Clayton@usdoj.gov

Of Counsel:
BOB TROYER
Acting United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

 James D. Thorburn (jdt@thorburnlaw.com)
 Richard A. Walker (rwalker@thorburnlaw.com)
 *Counsel for Petitioners*


       */s/ Lindsay L. Clayton*
       LINDSAY L. CLAYTON
       Trial Attorney, Tax Division
       United States Department of Justice