# Hewell Declaration
# Exhibit 5



# Summons

In the matter of  Green Earth Wellness
Internal Revenue Service (Division):  Small Business / Self Employed
Industry/Area (name or number):  Western Area Examination
Periods: January 1, 2013 through December 31, 2014

## The Commissioner of Internal Revenue

To:  Marijuana Enforcement Division
At:  Attn: Julie Postlethwait, Communication Specialist, 455 Sherman St Ste 490, Devner, CO 80203

You are hereby summoned and required to appear before  David J. Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of Green Earth Wellness             , please provide:

- Copy of the METRC Annual Gross Sales Report for the periods listed above

- Copy of the Annual Inventory Report showing annual totals of product purchased, grown, processed, sold and waste destroyed from the METRC Database for the periods listed above

- Copy of Year-end totals for all in-house inventory tagged with plant tags (plant inventory) and product tags (product inventory) as of the close of business on 12/31/20XX

Please ensure that the Name and License # are notated on the reports.

Contact Revenue Agent David J. Hewell at 720-956-4103 before complying with this summons. In lieu of hard copies, electronic media is acceptable. Documents can be faxed securely to 888-765-1496.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

Place and time for appearance at  IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the __5__ day of __July__, __2016__ at __2:00__ o'clock __p__ m.
Issued under authority of the Internal Revenue Code this __7__ day of __June__, __2016__.

_Signature of issuing officer_
Revenue Agent   08-98924
Title

_Signature of approving officer (if applicable)_
Group Manager
Title

**Original — to be kept by IRS**



# Summons

In the matter of **Infuzionz LLC**
Internal Revenue Service (Division): **Small Business / Self Employed**
Industry/Area (name or number): **Western Area Examination**
Periods: **January 1, 2013 through December 31, 2014**

## The Commissioner of Internal Revenue

To: **Marijuana Enforcement Division**
At: **Attn: Julie Postlethwait, Communication Specialist, 455 Sherman St Ste 490, Devner, CO 80203**

You are hereby summoned and required to appear before **David J. Hewell** an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of Infuzionz LLC                    please provide:

- Copy of the METRC Annual Gross Sales Report for the periods listed above

- Copy of the Annual Inventory Report showing annual totals of product purchased, grown, processed, sold and waste destroyed from the METRC Database for the periods listed above

- Copy of Year-end totals for all in-house inventory tagged with plant tags (plant inventory) and product tags (product inventory) as of the close of business on 12/31/20XX

Please ensure that the Name and License # are notated on the reports.

Contact Revenue Agent David J. Hewell at 720-956-4103 before complying with this summons. In lieu of hard copies, electronic media is acceptable. Documents can be faxed securely to 888-765-1496.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**
IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

Place and time for appearance at IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the __5__ day of __July__, __2016__ at __2:00__ o'clock __p__ m.
Issued under authority of the Internal Revenue Code this __7__ day of __June__, __2016__.

Signature of issuing officer — Revenue Agent   08-98924 — Title
Signature of approving officer (if applicable) — Group Manager — Title

**Original** — to be kept by IRS



# Summons

In the matter of  Green Solution LLC
Internal Revenue Service (Division):  Small Business / Self Employed
Industry/Area (name or number):  Western Area Examination
Periods: January 1, 2013 through December 31, 2014

## The Commissioner of Internal Revenue

To: Marijuana Enforcement Division

At: Attn: Julie Postlethwait, Communication Specialist, 455 Sherman St Ste 490, Devner, CO 80203

You are hereby summoned and required to appear before  David J. Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of Green Solution LLC                              please provide:

- Copy of the METRC Annual Gross Sales Report for the periods listed above

- Copy of the Annual Inventory Report showing annual totals of product purchased, grown, processed, sold and waste destroyed from the METRC Database for the periods listed above

- Copy of Year-end totals for all in-house inventory tagged with plant tags (plant inventory) and product tags (product inventory) as of the close of business on 12/31/20XX

Please ensure that the Name and License # are notated on the reports.

Contact Revenue Agent David J. Hewell at 720-956-4103 before complying with this summons. In lieu of hard copies, electronic media is acceptable. Documents can be faxed securely to 888-765-1496.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

Place and time for appearance at  IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the __5__ day of __July__, __2016__ at __2:00__ o'clock __p__ m.
Issued under authority of the Internal Revenue Code this __7__ day of __June__, __2016__.

Signature of issuing officer

Signature of approving officer (if applicable)

Revenue Agent    08-98924
Title

Group Manager
Title

**Original — to be kept by IRS**



# Summons

In the matter of  The Green Solution Retail
Internal Revenue Service (Division):  Small Business / Self Employed
Industry/Area (name or number):  Western Area Examination
Periods: January 1, 2013 through December 31, 2014

## The Commissioner of Internal Revenue

To: Marijuana Enforcement Division
At: Attn: Julie Postlethwait, Communication Specialist, 455 Sherman St Ste 490, Devner, CO 80203

You are hereby summoned and required to appear before  David J. Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of The Green Solution Retail   please provide:

- Copy of the METRC Annual Gross Sales Report for the periods listed above

- Copy of the Annual Inventory Report showing annual totals of product purchased, grown, processed, sold and waste destroyed from the METRC Database for the periods listed above

- Copy of Year-end totals for all in-house inventory tagged with plant tags (plant inventory) and product tags (product inventory) as of the close of business on 12/31/20XX

Please ensure that the Name and License # are notated on the reports.

Contact Revenue Agent David J. Hewell at 720-956-4103 before complying with this summons. In lieu of hard copies, electronic media is acceptable. Documents can be faxed securely to 888-765-1496.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

Place and time for appearance at  IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the  5  day of  July  , 2016  at  2:00  o'clock  p  m.
Issued under authority of the Internal Revenue Code this  7  day of  June  , 2016  .

Signature of issuing officer — Revenue Agent   08-98924 / Title
Signature of approving officer (if applicable) — Group Manager / Title

Original — to be kept by IRS