IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00137-PAB

THE GREEN SOLUTION RETAIL, INC., a
Colorado Corporation;
GREEN SOLUTION, LLC, a Colorado Limited
Liability Company;
INFUZIONZ, LLC, a Colorado Limited Liability
Company; and
GREEN EARTH WELLNESS, INC., a dissolved
Colorado Corporation,

      Petitioners,

      v.

UNITED STATES OF AMERICA,

      Respondent.

## NOTICE OF SUPPLEMENTAL AUTHORITY

The United States, by and through undersigned counsel and in accordance with D.C.COLO.LCivR 7.1(f), hereby notifies the Court of supplemental authority relevant to the matters at issue in this case. Specifically, on March 31, 2017, the United States District Court for the District of New Mexico issued a Memorandum Opinion and Order in *High Desert Relief, Inc. v. United States*, Case No. 1:16-cv-00469. The Opinion addressed many of the substantive issues raised in briefing filed in the above-captioned case, and found in favor of the United States. A copy of the opinion is attached for the Court's convenience.

    //

    //

    //

1

No hearing has been set in this matter; accordingly, notice of the above-referenced supplemental authority is appropriate and timely under D.C.COLO.LCivR 7.1(f).

Dated:  April 4, 2017                                        Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Lindsay L. Clayton*
LINDSAY L. CLAYTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-2956 (v)
202-307-0054 (f)
Lindsay.L.Clayton@usdoj.gov

Of Counsel:
ROBERT C. TROYER
Acting United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>James D. Thorburn (jdt@thorburnlaw.com)
>Richard A. Walker (rwalker@thorburnlaw.com)
>*Counsel for Petitioners*

>>*/s/ Lindsay L. Clayton*
>>LINDSAY L. CLAYTON
>>Trial Attorney, Tax Division
>>United States Department of Justice