IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00137-PAB

THE GREEN SOLUTION RETAIL, INC., a
Colorado Corporation;
GREEN SOLUTION, LLC, a Colorado Limited
Liability Company;
INFUZIONZ, LLC, a Colorado Limited Liability
Company; and
GREEN EARTH WELLNESS, INC., a dissolved
Colorado Corporation,

       Petitioners,

       v.

UNITED STATES OF AMERICA,

       Respondent.
_____

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO POSTPONE RULING**
_____

THE PLAINTIFFS, The Green Solution Retail, Inc., Green Solution, LLC, Infuzionz, LLC, and Green Earth Wellness, Inc.by and through their undersigned counsel, hereby submit the following Unopposed Motion for Extension of Time to File Their Reply to Defendant's Response to Plaintiffs' Motion to Postpone Ruling.

**D.C.Colo.LCivR 7.1(A) conferral: The undersigned certifies that he conferred with opposing counsel regarding this motion and opposing counsel does not object to the relief sought.**

1. Defendant filed its Response on April 26th, 2017.

2. Accordingly, Plaintiff's Reply is due May 10th, 2017.

3. Last week, counsel for the Plaintiffs was preparing for and participating in the trial of Spring Creek at Foxridge Homeowners Association v. Triple G Enterprises, LLC, Case No. 2015CV031147 (Douglas County District Court) which took up most of counsel's time. Counsel has simply not been able to address Defendant's Response.

4. Counsel for the Plaintiff believes that a brief extension to file this Reply would allow time to properly compose the Reply in the best interests of the Plaintiffs.

5. Counsel requests up to and including May 19th, 2017 to file this Reply.

6. As stated, opposing counsel does not object to this request.

7. There is no hearing set and no party will be prejudiced by this brief extension of time.

8. As indicated by the certificate of service below, this Motion is being served simultaneously on the client pursuant to D.C.Colo.LCivR 6.1(E).

WHEREFORE, the Plaintiffs request that the Court grant the motion and allow the Plaintiffs up to and including May 19th, 2017 to reply to Defendant's Response.

Respectfully submitted this 9th day of May, 2017.

*s/ James D. Thorburn*
James D. Thorburn,
Attorney for the Petitioners
THORBURN WALKER, LLC
5460 South Quebec Street, Suite 330
Greenwood Village, Colorado 80111
(303) 646-3482
jthorburn@thorburnwalker.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2017 I electronically filed the above and foregoing using the CM/ECF system which will send notification to such filing to the following e-mail addresses:

LINDSAY L.CLAYTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

*/s/ James D. Thorburn*