IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00137-PAB

THE GREEN SOLUTION RETAIL, Inc., a
Colorado Corporation;
GREEN SOLUTION, LLC, a Colorado Limited
Liability Company;
INFUZIONZ, LLC, a Colorado Limited Liability
Company; and
GREEN EARTH WELLNESS, Inc., a dissolved
Colorado Corporation,

       Petitioners,

       v.

UNITED STATES OF AMERICA,

       Respondent.

---

## NOTICE OF APPEARANCE

---

       Charles J. Butler, Trial Attorney for the United States Department of Justice, Tax

Division, enters an appearance on behalf of the United States of America.

Respectfully submitted September 11, 2017.

       DAVID A. HUBBERT
       Acting Assistant Attorney General

       */s/ Charles J. Butler*
       CHARLES J. BUTLER
       Trial Attorney, Tax Division
       U.S. Department of Justice
       P.O. Box 683
       Washington, D.C.  20044
       202-514-6062
       202-307-0054 (Fax)
       Charles.J.Butler@usdoj.gov

*Of Counsel*
BOB TROYER
Acting United States Attorney

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, I filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will provide electronic notice to the following:

James David Thorburn (jthorburn@thorburnwalker.com)
Richard Allan Walker (rwalker@thorburnwalker.com)
Thorburn Walker LLC
5460 South Quebec Street, Suite 330
Greenwood Village, Colorado 80111

*Counsel for Petitioners*

/s/ Charles J. Butler
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice