IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00137-PAB

THE GREEN SOLUTION RETAIL, INC., a
Colorado Corporation;
GREEN SOLUTION, LLC, a Colorado Limited
Liability Company;
INFUZIONZ, LLC, a Colorado Limited Liability
Company; and
GREEN EARTH WELLNESS, INC., a dissolved
Colorado Corporation,

      Petitioners,

      v.

UNITED STATES OF AMERICA,

      Respondent.

## UNITED STATES' SIXTH NOTICE OF SUPPLEMENTAL AUTHORITY

      The United States, in accordance with D.C.COLO.LCivR 7.1(f), hereby notifies the Court of supplemental authority relevant to the matters at issue in this case.

      On October 26, 2017, the United States District Court for the District of Colorado issued a decision in *Rifle Remedies, LLC v. United States*, Case No. 1:17-mc-00062-RM (D. Colo.), a case similar to the case before this Court.  In the *Rifle Remedies* decision, the court rejected arguments much the same as those Petitioners have made in this case.  That decision states, in relevant part, the following:  "Notably, [Petitioner's] arguments are based upon rank speculation, on a lack of facts, or a combination of both.  This is simply insufficient."  Order [ECF No. 23] at 7-8, *Rifle Remedies, LLC v. United States*, Case No. 1:17-mc-00062-RM (D. Colo. Oct. 26, 2017).  A copy of the decision is attached.

1

No hearing has been set in this matter.  Accordingly, notice of this supplemental authority is appropriate and timely under D.C.COLO.LCivR 7.1(f).

Dated:  November 15, 2017                    Respectfully submitted,

                                                         DAVID A. HUBBERT
                                                         Acting Assistant Attorney General

                                                         */s/ Charles J. Butler*
                                                         CHARLES J. BUTLER
                                                         Trial Attorney, Tax Division
                                                         U.S. Department of Justice
                                                         P.O. Box 683
                                                         Washington, D.C. 20044
                                                         202-514-6062
                                                         Charles.J.Butler@usdoj.gov

                                                         Of Counsel:
                                                         ROBERT C. TROYER
                                                         Acting United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to the following:

    James D. Thorburn (jdt@thorburnlaw.com)
    Richard A. Walker (rwalker@thorburnlaw.com)

*Counsel for Petitioners*

                                    */s/ Charles J. Butler*
                                    CHARLES J. BUTLER
                                    Trial Attorney, Tax Division
                                    United States Department of Justice