IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00137-PAB

THE GREEN SOLUTION RETAIL, INC., a
Colorado Corporation;
GREEN SOLUTION, LLC, a Colorado Limited
Liability Company;
INFUZIONZ, LLC, a Colorado Limited Liability
Company; and
GREEN EARTH WELLNESS, INC., a dissolved
Colorado Corporation,

      Petitioners,

      v.

UNITED STATES OF AMERICA,

      Respondent.

## DECLARATION OF REVENUE AGENT DAVID HEWELL IN SUPPORT OF UNITED STATES' OPPOSITION TO PETITIONERS' MOTION

I, David J. Hewell, pursuant to 28 U.S.C. § 1746(2), declare as follows:

    1.    I am employed as a Revenue Agent of the Internal Revenue Service with a post of duty in Englewood, Colorado.

    2.    In my capacity as a Revenue Agent, I was assigned to conduct examinations of the federal tax liabilities of The Green Solution Retail, Inc.; Green Solution, LLC; Infuzionz, LLC; and Green Earth Wellness, Inc., for the 2013 and 2014 tax years.

    3.    The IRS issue lead sheet that Petitioners submitted as Exhibit 6 to their Motion to Alter or Amend Judgment (Dkt. No. 33-1) is not related to any examination, pertaining to these or any other taxpayers, to which I have been assigned.

1

2

4. I stand by the statements made in my Declaration in Support of United States' Motion to Dismiss and Enforce Summonses (Dkt. No. 8-1), filed on September 15, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2018.

*/s/ David J. Hewell* [1]
DAVID J. HEWELL
Revenue Agent
Internal Revenue Service

---

[1] Provided in accordance with D. Colo. ECF Procedures Rule 4.3(f).

2