IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00137-PAB

THE GREEN SOLUTION RETAIL, INC., a Colorado Corporation;
GREEN SOLUTION, LLC, a Colorado Limited Liability Company;
INFUZIONZ, LLC, a Colorado Limited Liability Company; and,
GREEN EARTH WELLNESS, INC., a dissolved Colorado Corporation,

Petitioners,

v.

UNITED STATES OF AMERICA,

Respondent.

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Petitioners in the above-named case, The Green Solution Retail, Inc., a Colorado corporation, Green Solution, LLC, a Colorado limited liability company, Infuzionz, LLC, a Colorado limited liability company, and Green Earth Wellness, Inc., a dissolved Colorado corporation, appeal to the United States Court of Appeals for the Tenth Circuit from the Order dismissing Petitioners' Petition to Quash Summonses, granting the United States' Motion to Dismiss and Enforce Summonses, and denying Petitioners' Motion for the Court to Postpone its Ruling Until an Opinion has Been Issued in Appellate Case No. 16-1281, entered in this action on February 12, 2018 [Doc. 32], and from the Order Denying Petitioners' Motion to Alter or Amend Judgment, entered on April 24, 2019 [Doc. 36].

Dated: June 17, 2019

        Respectfully submitted:

**THORBURN WALKER LLC**

*James D. Thorburn*
James D. Thorburn
Attorney for the Petitioners
5460 South Quebec Street, Suite 310
Greenwood Village, Colorado 80111
(303) 646-3482
jthorburn@thorburnwalker.com

*Richard A. Walker*
Richard A. Walker
Attorney for the Petitioners
5460 South Quebec Street, Suite 310
Greenwood Village, Colorado 80111
(303) 646-3482
rwalker@thorburnwalker.com

## CERTIFICATE OF SERVICE

   I hereby certify that on June 17, 2019, I electronically filed a true and correct copy of the foregoing using the CM/ECF system which will send notification to such filing to the following e-mail addresses:

Charles J. Butler
U.S. Department of Justice
P.O. Box 683
Tax Division
Ben Franklin Station
Washington, DC 20044-0683
Email: Charles.J.Butler@usdoj.gov


                */s/ James D. Thorburn*