APPEAL,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:16-mc-00137-PAB

Green Solution Retail, Inc., The et al v. USA  
Assigned to: Judge Philip A. Brimmer  
Cause: Civil Miscellaneous Case

Date Filed: 06/27/2016  
Date Terminated: 02/12/2018

**Plaintiff**

**Green Solution Retail, Inc., The**  
*a Colorado Corporation*

represented by **James David Thorburn**  
Thornburn Walker, LLC  
5460 South Quebec Street  
Suite 330  
Greenwood Village, CO 80111  
303-646-3482  
Fax: 303-796-0899  
Email: jthorburn@thorburnwalker.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Richard Allan Walker**  
Thornburn Walker, LLC  
5460 South Quebec Street  
Suite 330  
Greenwood Village, CO 80111  
303-646-3482  
Email: rwalker@thorburnwalker.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Solution, LLC**  
*a Colorado Limited Liability Company*

represented by **James David Thorburn**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Richard Allan Walker**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Infuzionz, LLC**  
*a Colorado Limited Liability*

represented by **James David Thorburn**  
(See above for address)

*Company*

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Richard Allan Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Earth Wellness, Inc.**            represented by **James David Thorburn**
*a dissolved Colorado Corporation*        (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Richard Allan Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USA**                                   represented by **Charles J. Butler**
*through its agency the*                  U.S. Department of Justice-DC-#683
*agent of*                                P.O. Box 683
Internal Revenue Service                  Tax Division
                                          Ben Franklin Station
                                          Washington, DC 20044-0683
                                          202-514-6062
                                          Fax: 202-307-0054
                                          Email: Charles.J.Butler@usdoj.gov
                                          *ATTORNEY TO BE NOTICED*

**Lindsay Laurie Clayton**
U.S. Department of Justice-DC-Tax Division-#683
P.O. Box 683
555 4th Street NW
Washington, DC 20044-0683
202-307-2956
Fax: 202-307-0054
Email: lindsay.l.clayton@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2016 | 1 | Petition to Quash Summonses by Plaintiffs Green Earth Wellness, Inc., |

|  |  |  |
|---|---|---|
|  |  | Green Solution Retail, Inc., The, Green Solution, LLC, Infuzionz, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet)(dbera, ) (Entered: 06/28/2016) |
| 06/27/2016 | 2 | Case assigned to Judge Wiley Y. Daniel. Text Only Entry (dbera, ) (Entered: 06/28/2016) |
| 06/27/2016 | 3 | DECLARATION of Timothy G. Sell. (dbera, ) (Entered: 06/28/2016) |
| 06/29/2016 | 4 | MEMORANDUM RETURNING CASE for Re-assignment by Senior Judge Wiley Y. Daniel (evana, ) (Entered: 06/29/2016) |
| 06/29/2016 | 5 | CASE REASSIGNED. pursuant to 4 Memorandum Returning Case. This case is reassigned to Judge Philip A. Brimmer. All future pleadings should be designated as 16-mc-00137 PAB. (Text Only Entry) (evana, ) (Entered: 06/29/2016) |
| 07/07/2016 | 6 | SUMMONS REQUEST as to United States of America re 1 MOTION to Quash by Plaintiffs Green Earth Wellness, Inc., Green Solution Retail, Inc., The, Green Solution, LLC, Infuzionz, LLC. (Thorburn, James) (Entered: 07/07/2016) |
| 08/10/2016 | 7 | AFFIDAVIT/RETURN of Service of Petition to Quash Summons upon Attorney General Loretta Lynch Attn: Civil Process Clerk, U.S. Attorney John Walsh Attn Civil Process Clerk, David Hewell IRS Agent, and Colorado Department of Revenue Marijuana Enforcement Division on 06/27/2016 and 07/14/2016, filed by Plaintiffs Green Earth Wellness, Inc., Green Solution Retail, Inc., The, Green Solution, LLC, Infuzionz, LLC (Attachments: # 1 Certified Mail Receipts)(Thorburn, James) (Entered: 08/10/2016) |
| 09/15/2016 | 8 | MOTION to Dismiss , MOTION to Enforce 1 MOTION to Quash by Defendant USA. (Attachments: # 1 Hewell Declaration)(Clayton, Lindsay) (Entered: 09/15/2016) |
| 09/29/2016 | 9 | First MOTION for Extension of Time to *Respond/Reply* by Plaintiffs Green Earth Wellness, Inc., Green Solution Retail, Inc., The, Green Solution, LLC, Infuzionz, LLC. (Thorburn, James) (Entered: 09/29/2016) |
| 10/05/2016 | 10 | NOTICE *of Related Cases* by Defendant USA (Clayton, Lindsay) (Entered: 10/05/2016) |
| 10/09/2016 | 11 | Second MOTION for Extension of Time to *Respond/Reply to United States 8 Motion to Dismiss* by Plaintiffs Green Earth Wellness, Inc., Green Solution Retail, Inc., The, Green Solution, LLC, Infuzionz, LLC. (Thorburn, James) Modified on 10/11/2016 to correct event and create linkage (athom, ). (Entered: 10/09/2016) |
| 10/11/2016 | 12 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 11 Second MOTION for Extension of Time to File Response/Reply filed by attorney James David Thorburn. The document was scanned and not converted directly to portable document |

|  |  |  |
|---|---|---|
|  |  | format (PDF). **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 1.3(f) of the Electronic Case Filing Procedures (Civil Cases). (Text Only Entry) (athom, ) (Entered: 10/11/2016) |
| 10/11/2016 | 13 | STRICKEN - RESPONSE to 8 MOTION to Dismiss MOTION to Enforce 1 MOTION to Quash filed by Plaintiffs Green Earth Wellness, Inc., Green Solution Retail, Inc., The, Green Solution, LLC, Infuzionz, LLC. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5)(Thorburn, James) Modified on 10/12/2016 to strike pursuant to 15 Minute Order (athom, ). (Entered: 10/11/2016) |
| 10/12/2016 | 14 | MINUTE ORDER. Plaintiff's motions for extension of time 9 and 11 are denied as moot. The deadline for the response is October 11, 2016. By Judge Philip A. Brimmer on 10/12/16. Text Only Entry(pabsec) (Entered: 10/12/2016) |
| 10/12/2016 | 15 | MINUTE ORDER STRIKING 13 Petitioners' Response to Motion to Dismiss, for failure to comply with § III.A of this Court's Practice Standards (All... responses... shall not exceed fifteen pages" and "all footnotes shall be no smaller than 12-point type.") Petitioners are granted leave to file a complying response no later than October 14, 2016. By Judge Philip A. Brimmer on 10/12/16. Text Only Entry (pabsec) (Entered: 10/12/2016) |
| 10/14/2016 | 16 | RESPONSE to 8 MOTION to Dismiss MOTION to Enforce 1 MOTION to Quash filed by Plaintiffs Green Earth Wellness, Inc., Green Solution Retail, Inc., The, Green Solution, LLC, Infuzionz, LLC. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5)(Thorburn, James) (Entered: 10/14/2016) |
| 10/24/2016 | 17 | NOTICE re 8 MOTION to Dismiss MOTION to Enforce 1 MOTION to Quash - *Notice of Document Correction and Substitution* by Defendant USA (Attachments: # 1 Exhibit 5 (corrected))(Clayton, Lindsay) (Entered: 10/24/2016) |
| 10/24/2016 | 18 | REPLY to Response to 8 MOTION to Dismiss MOTION to Enforce 1 MOTION to Quash filed by Defendant USA. (Clayton, Lindsay) (Entered: 10/24/2016) |
| 04/04/2017 | 19 | NOTICE of Supplemental Authorities re: 8 MOTION to Dismiss MOTION to Enforce 1 MOTION to Quash by Defendant USA (Attachments: # 1 High Desert Relief Opinion)(Clayton, Lindsay) (Entered: 04/04/2017) |
| 04/12/2017 | 20 | MOTION for Ruling by Plaintiffs Green Earth Wellness, Inc., Green Solution Retail, Inc., The, Green Solution, LLC, Infuzionz, LLC. (Thorburn, James) (Entered: 04/12/2017) |
| 04/12/2017 | 21 | NOTICE of Supplemental Authorities by Plaintiffs Green Earth Wellness, Inc., Green Solution Retail, Inc., The, Green Solution, LLC, Infuzionz, LLC (Thorburn, James) (Entered: 04/12/2017) |
| 04/26/2017 | 22 | RESPONSE to 20 MOTION for Ruling *(Opposition to Motion to Stay)* |

| | | |
|---|---|---|
| | | filed by Defendant USA. (Clayton, Lindsay) (Entered: 04/26/2017) |
| 04/26/2017 | 23 | NOTICE of Supplemental Authorities *(Second)* by Defendant USA (Attachments: # 1 Nutritional Elements Hearing Transcript)(Clayton, Lindsay) (Entered: 04/26/2017) |
| 05/01/2017 | 24 | NOTICE of Supplemental Authorities *(Third)* by Defendant USA (Clayton, Lindsay) (Entered: 05/01/2017) |
| 05/09/2017 | 25 | MOTION for Extension of Time to File Response/Reply as to 20 MOTION for Ruling by Plaintiffs Green Earth Wellness, Inc., Green Solution Retail, Inc., The, Green Solution, LLC, Infuzionz, LLC. (Thorburn, James) (Entered: 05/09/2017) |
| 05/10/2017 | 26 | MINUTE ORDER granting 25 Motion for Extension of Time. Plaintiffs may have until May 19, 2017 to file a reply in support of their motion to postpone ruling 20 . In seeking any future extension of time, plaintiffs are directed to comply with § I.G.2 of this Court's Practice Standards: "Any motion for extension of time shall be filed no later than three business days before the date the motion, response, reply, or other paper is due." By Judge Philip A. Brimmer on 5/10/17. Text Only Entry (pabsec) (Entered: 05/10/2017) |
| 05/10/2017 | 27 | NOTICE of Supplemental Authorities *(Fourth)* by Defendant USA (Attachments: # 1 Tenth Circuit Opinion in Green Solution Retail) (Clayton, Lindsay) (Entered: 05/10/2017) |
| 05/19/2017 | 28 | REPLY to Response to 20 MOTION for Ruling filed by Plaintiffs Green Earth Wellness, Inc., Green Solution Retail, Inc., The, Green Solution, LLC, Infuzionz, LLC. (Thorburn, James) (Entered: 05/19/2017) |
| 05/30/2017 | 29 | NOTICE of Supplemental Authorities *(Fifth)* by Defendant USA (Attachments: # 1 Futurevision Order)(Clayton, Lindsay) (Entered: 05/30/2017) |
| 09/11/2017 | 30 | NOTICE of Entry of Appearance by Charles J. Butler on behalf of USAAttorney Charles J. Butler added to party USA(pty:dft) (Butler, Charles) (Entered: 09/11/2017) |
| 11/15/2017 | 31 | NOTICE of Supplemental Authorities by Defendant USA (Butler, Charles) (Entered: 11/15/2017) |
| 02/12/2018 | 32 | ORDER by Judge Philip A. Brimmer on 02/12/2018, re: 1 plaintiffs' Petition to Quash Summonses is **DISMISSED** ; 8 United States' Motion to Dismiss and Enforce Summonses is **GRANTED**; and 20 Petitioners' Motion for the Court to Postpone its Ruling Until an Opinion has Been Issued in Appellate Case No. 16-1281 filed by plaintiffs is **DENIED** as moot. The summonses issued to the Colorado Department of Revenue's Marijuana Enforcement Division are **ENFORCED** pursuant to 26 U.S.C. § 7604. **ORDERED** that this case is closed. (sphil, ) (Entered: 02/13/2018) |
| 03/12/2018 | 33 | MOTION for Reconsideration re 32 Order on Motion to Quash,,, Order on |

| | | |
|---|---|---|
| | | Motion to Dismiss,,, Order on Motion to Enforce,,, Order on Motion for Ruling,, by Plaintiffs Green Earth Wellness, Inc., Green Solution Retail, Inc., The, Green Solution, LLC, Infuzionz, LLC. (Attachments: # 1 Exhibit)(Thorburn, James) (Entered: 03/12/2018) |
| 04/02/2018 | 34 | BRIEF in Opposition to 33 MOTION for Reconsideration re 32 Order on Motion to Quash,,, Order on Motion to Dismiss,,, Order on Motion to Enforce,,, Order on Motion for Ruling,, filed by Defendant USA. (Attachments: # 1 Affidavit)(Butler, Charles) (Entered: 04/02/2018) |
| 04/16/2018 | 35 | REPLY to Response to 33 MOTION for Reconsideration re 32 Order on Motion to Quash,,, Order on Motion to Dismiss,,, Order on Motion to Enforce,,, Order on Motion for Ruling,, filed by Plaintiffs Green Earth Wellness, Inc., Green Solution Retail, Inc., The, Green Solution, LLC, Infuzionz, LLC. (Attachments: # 1 Exhibit Notice of Related Cases)(Thorburn, James) (Entered: 04/16/2018) |
| 04/24/2019 | 36 | ORDER denying 33 Motion to Alter or Amend Judgment by Chief Judge Philip A. Brimmer on 4/24/19.(dkals, ) (Entered: 04/25/2019) |
| 06/17/2019 | 37 | NOTICE OF APPEAL as to 36 Order on Motion for Reconsideration, 32 Order on Motion to Quash,,, Order on Motion to Dismiss,,, Order on Motion to Enforce,,, Order on Motion for Ruling,, by Plaintiffs Green Earth Wellness, Inc., Green Solution Retail, Inc., The, Green Solution, LLC, Infuzionz, LLC (Filing fee $ 505, Receipt Number 1082-6745641)(Thorburn, James) (Entered: 06/17/2019) |