FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

July 3, 2019

_____

Elisabeth A. Shumaker
Clerk of Court

| | |
|---|---|
| ERIC D. SPEIDELL, | |
|     Petitioner - Appellant, | |
| v. | No. 19-1214<br>(D.C. No. 1:16-MC-00162-PAB)<br>(D. Colo.) |
| UNITED STATES OF AMERICA, through its agency the Internal Revenue Service, | |
|     Respondent - Appellee. | |

_____

| | |
|---|---|
| THE GREEN SOLUTION RETAIL, INC., a Colorado corporation, et al., | |
|     Plaintiffs - Appellants, | |
| v. | No. 19-1215<br>(D.C. No. 1:16-MC-00137-PAB)<br>(D. Colo.) |
| UNITED STATES OF AMERICA, through its agency the Internal Revenue Service, | |
|     Defendant - Appellee. | |

_____

| | |
|---|---|
| GREEN SOLUTION, LLC, a Colorado limited liability company, et al., | |
|     Petitioners - Appellants, | |
| v. | No. 19-1216<br>(D.C. No. 1:16-MC-00167-PAB)<br>(D. Colo.) |
| UNITED STATES OF AMERICA, through its agency the Internal Revenue | |

Service,

    Respondent - Appellee.

_____

MEDICINAL WELLNESS CENTER, LLC, a Colorado limited liability company, et al.,

    Petitioners - Appellants,

v.

UNITED STATES OF AMERICA, through its agency the Internal Revenue Service,

    Respondent - Appellee.

_____

MEDICINAL WELLNESS CENTER, LLC, a Colorado limited liability company, et al.,

    Petitioners - Appellants,

v.

UNITED STATES OF AMERICA, through its agency the Internal Revenue Service,

    Respondent - Appellee.

No. 19-1217
(D.C. No. 1:18-MC-00031-PAB)
(D. Colo.)

No. 19-1218
(D.C. No. 1:17-MC-00170-PAB)
(D. Colo.)

_____

**ORDER**

_____

    These matters are before the court on receipt of appellants' docketing statements.

The court notes the continuity of counsel across these five appeals and further notes that,

while the docketing statement in each appeal states there are no related appeals, each docketing statement describes the underlying action as "an action brought to quash the summons issued by the Internal Revenue Service to the Marijuana Enforcement Division seeking records related to Appellant[s]." The court further notes there appears to be significant substantive overlap in the issues identified in each docketing statement.

The district court notified this court that the record is complete for Appeal No. 19-1214, and this court set a deadline for the opening brief and appendix in that case. The district court has not yet notified this court that the record is complete for Appeal Nos. 19-1215, 19-1216, 19-1217, or 19-1218, and this court has not set briefing in any appeal other than Appeal No. 19-1214.

In the interests of promoting judicial efficiency and reducing cost to the parties, the court:

1. Vacates the August 12, 2019 deadline for appellant's opening brief and appendix in Appeal No. 19-1214 pending further order of the court;

2. Tolls briefing on the merits in each of these five appeals pending further order of the court; and

3. Directs all parties in each of these five appeals to jointly respond to this order on or before July 17, 2019, and include in the response: (a) each party's respective position regarding the possibility of consolidated briefing in these appeals—including the possibility of appellants' filing of a single opening brief addressing their arguments in all appeals, the government's filing of a single response, and/or the preparation and filing of a

consolidated joint appendix that contains all portions of the district court's records necessary for this court to consider all issues the parties intend to raise in any one or more of these five appeals; and (2) a proposal highlighting any areas of mutual agreement.

>Entered for the Court
>ELISABETH A. SHUMAKER, Clerk
>
>*[signature]*
>
>by: Lisa A. Lee
>    Counsel to the Clerk