**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

December 14, 2020

Jane K. Castro
Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** **19-1214, 19-1215, 19-1216, 19-1217, 19-1218, Speidell, et al., v. United States**
Dist/Ag docket: 1:16-MC-00162-PAB, et al.,

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's October 20, 2020 judgment takes effect this date. Please note that the mandate includes a statement of costs.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc: Charles J. Butler
    Michael J. Haungs
    Nathaniel S. Pollock
    Gilbert Steven Rothenberg
    James D. Thorburn

CMW/at